1

2

3

4

5                    UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7   MICHELLE OGRIN,

8                              Plaintiff,

NO:  2:14-CV-0014-TOR

9        v.

ORDER OF DISMISSAL WITH
PREJUDICE

10  DYNAMIC COLLECTORS, INC., a
    Washington corporation; and
11  COLETTE THOMPSON,

12                             Defendants.

13       BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF

14  No. 6).  Because Defendant has neither filed an answer nor moved for summary

15  judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R.

16  Civ. P. 41(a)(1)(A)(i).

17  ///

18  ///

19  ///

20  ///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2      1. All claims and causes of action in this matter are **DISMISSED** with

3         prejudice and without costs or fees to any party.

4      2. The telephonic scheduling conference scheduled for May 29, 2014, at

5         9:15 a.m. is **STRICKEN**.

6      The District Court Executive is hereby directed to enter this Order, furnish

7   copies to counsel, and **CLOSE** the file.

8      **DATED** April 29, 2014.

9

10 

THOMAS O. RICE

11 United States District Judge

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2